# EXHIBIT 5

**<u>Exhibit 5: U.S. Patent No. 8,334,847 – OnlyFans</u>**

| Claim | Identification |
|---|---|
| 14[pre] A method of providing a user interface comprising: | Regardless of whether the preamble is limiting, OnlyFans performs a method of providing a user interface.<br><br>A user interface is provided that can detect touches (e.g., selections, swipes).<br><br>OnlyFans<br>**What Is OnlyFans?**<br><u>OnlyFans is a platform built for creators and fans.</u> More than 3 million creators have used OnlyFans to connect with fans, and to monetize their content safely, securely, and on their own terms.<br><br>Source: https://start.onlyfans.com/<br><br>**Stories**<br>Stories are videos that display for only 24 hours. They're great ways to show off a less-curated and more authentic side of yourself.<br><br>Source: https://blog.onlyfans.com/ultimate-guide-to-onlyfans-features/<br><br><br>Source: Screenshot taken from the website onlyfans.com using a Smartphone. |
| 14[a] detecting a touch or a contact on a display in a container area having selectable objects, the | OnlyFans' products detect a touch or contact on a display in an area containing multiple selectable objects.<br><br>OnlyFans' products have multiple layers. For example, here selectable icons are provided layered on top of a selectable profile picture. |

| Claim | Identification |
|---|---|
| selectable objects including a first selectable object provided on a first layer of a multilayer display arrangement and a second selectable object provided on a second layer of the multilayer display arrangement overlapping the first layer; |     |

| | |
|---|---|
| [14b] comparing a magnitude of the movement of the touch or the contact to a threshold value;<br><br>[14c] executing a function associated with the movement when the comparison indicates that the magnitude of the movement of the touch or the contact extends beyond the threshold value; | OnlyFans' product compares a magnitude of the movement of the touch or the contact to a threshold value.<br><br>If the magnitude of the movement of the touch or the contact extends beyond the threshold value, then OnlyFans executes the function associated with the movement (e.g., swiping to reply to a story). |


5:05
100%
onlyfans.com
Caaandy
22 hours ago
SEND TIP


5:05
100%
onlyfans.com
Reply to story
GIF
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
?123
English

| | |
|---|---|
| [14d] detecting whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value; and | OnlyFans' product detects whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value. |
| [14e] executing a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects. | OnlyFans' product executes a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects (e.g., switching to a different story).<br> |