# EXHIBIT 6

**Exhibit 6: US Patent No. 7,979,906 – OnlyFans**

| Claim | Identification |
|---|---|
| 13[pre] A multifaceted scanning engine comprising: | To the extent the preamble is limiting, OnlyFans' product includes a multifaceted scanning engine.<br><br>OnlyFans<br>OnlyFansTransparency Report<br><br>We continuously scan our platform to prevent the posting of material that breaches our Terms of Service which includes our Acceptable Use Policy. OnlyFans does not use end-to-end encryption which means that everything on the site is visible to OnlyFans moderation team. We can review and remove any content shared on OnlyFans at any time, including in all direct messages.<br>Source: [https://onlyfans.com/transparency/2023/3](https://onlyfans.com/transparency/2023/3)<br><br><br><br>Source: [https://start.onlyfans.com/](https://start.onlyfans.com/) |

| Claim | Identification |
|---|---|
| 13[a] an input module configured to receive a data source; | OnlyFans' product includes an input module configured to receive a data source.<br><br>**Enforcing our Terms of Service and Acceptable Use Policy**<br><br>Before content can appear on a newsfeed, we inspect it with state-of-the-art digital technologies (including hashed images databases) to check whether the content is allowed on the platform. All content that passes this initial review is then manually reviewed by our trained human moderators.<br><br>Source: https://onlyfans.com/transparency/2023/3<br><br>5. **What content we moderate:** At any time we can choose to review and remove Content that is shared on OnlyFans, including text, audio, images, direct messages and videos.<br><br>Source: https://onlyfans.com/transparency-center/policy<br><br><br>Source: Screenshot taken from https://onlyfans.com/ |
| 13[b] a processing module configured to scan the data source for a plurality of scanning aspects, the | OnlyFans' product includes a processing module configured to scan the data source for a plurality of scanning aspects using a policy to provide transformed, modified or adapted content. If a rule associated with the policy is satisfied by the data source, the rule is configured to check for one of inappropriate content, viruses, and advertisement relevance. |

| Claim | Identification |
|---|---|
| processing module using a policy to provide transformed, modified or adapted content, the policy being used if a rule associated with the policy is satisfied by the data source, the rule being configured to check for one of inappropriate content, viruses, and advertisement relevance; and | **OnlyFansTransparency Report**<br><br>We continuously scan our platform to prevent the posting of material that breaches our Terms of Service which includes our Acceptable Use Policy. OnlyFans does not use end-to-end encryption which means that everything on the site is visible to OnlyFans moderation team. We can review and remove any content shared on OnlyFans at any time, including in all direct messages.<br><br>Our proactive prevention and detection efforts include both automated and human review.<br><br>Before content can appear on a newsfeed, we inspect it with state-of-the-art digital technologies (including hashed images databases) to check whether the content is allowed on the platform. All content that passes this initial review is then manually reviewed by our trained human moderators.<br><br>• **enforcing** a zero-tolerance policy against any content related to violence, trafficking, solicitation, child sexual exploitation, or child sexual abuse material (CSAM).<br>• **preventing** individuals from abusing our platform, and keeping off our platform, any individuals who would use OnlyFans in a way which negatively impacts creator and fan safety.<br>• **detecting and blocking or taking-down** any material which violates our Terms of Service.<br>• **identifying and reporting** illegal content to law enforcement agencies, NGOs such as the National Center for Missing and Exploited Children (NCMEC), industry groups, and charities globally.<br>• **protecting** our creators and fans from infringements of their intellectual property rights, personality rights, privacy, and data protection rights including under the Digital Millennium Copyright Act (DMCA).<br><br>Source: https://onlyfans.com/transparency/2023/3 |

| Claim | Identification |
|---|---|
| | 5. **What content we moderate:** At any time we can choose to review and remove Content that is shared on OnlyFans, including text, audio, images, direct messages and videos.<br><br>7. **What technology OnlyFans uses to moderate content:** We use a variety of technology tools to identify content which may violate our Terms of Service. These include:<br>i. "hashlists" and "stop words" (words banned on OnlyFans) to scan media, audio, and text to block terms and images which are not permitted. "Hashlists" are collections of unique identifiers assigned to existing harmful online media, including non-consensual intimate images (NCII) and child sexual abuse material (CSAM). Text or media content that matches a bad "hashlist" and "stop word" will automatically be blocked from appearing on OnlyFans.<br>ii. image and text scanning technology tools help our human moderators prioritize the Content they review. These tools automatically scan media and text for potential violations of our Terms of Service. These potential violations can then be reviewed by human moderators prior to any decision to deactivate content.<br>Source: https://onlyfans.com/transparency-center/policy<br><br>j. While we try to make sure that OnlyFans is secure and free from bugs and viruses, we cannot promise that it will be and have no control over the Content that is supplied by Creators.<br><br>b. to address an unforeseen and imminent danger related to defending OnlyFans, Fans or Creators from fraud, malware, spam, data breaches or other cybersecurity risks.<br><br>Source: https://onlyfans.com/terms |
| 13[c] an output module adapted to output the transformed, modified or adapted content, wherein the policy relates to an action of screening content, detecting viruses or targeting advertising relative to the rule. | OnlyFans' product uses an output module adapted to output the transformed, modified or adapted content after scanning and using a policy relating to an action of screening content, detecting viruses or targeting advertising relative to the rule. |

| Claim | Identification |
|---|---|
| | 6. **Ranking on OnlyFans:** We randomly suggest potential Creators for a User to follow based on the Creators that have earned money on OnlyFans in the previous 30 days. We have no ranking system. There is no search/discovery feature on OnlyFans.<br>Source: https://onlyfans.com/terms<br><br><br><br><br><br><br>Source: Screenshot taken from https://onlyfans.com/ |

| Claim | Identification |
|---|---|
| | 5. **What content we moderate:** At any time we can choose to review and remove Content that is shared on OnlyFans, including text, audio, images, direct messages and videos.<br><br>7. **What technology OnlyFans uses to moderate content:** We use a variety of technology tools to identify content which may violate our Terms of Service. These include:<br>i. "hashlists" and "stop words" (words banned on OnlyFans) to scan media, audio, and text to block terms and images which are not permitted. "Hashlists" are collections of unique identifiers assigned to existing harmful online media, including non-consensual intimate images (NCII) and child sexual abuse material (CSAM). Text or media content that matches a bad "hashlist" and "stop word" will automatically be blocked from appearing on OnlyFans.<br>ii. image and text scanning technology tools help our human moderators prioritize the Content they review. These tools automatically scan media and text for potential violations of our Terms of Service. These potential violations can then be reviewed by human moderators prior to any decision to deactivate content.<br><br>Source: https://onlyfans.com/transparency-center/policy<br><br>j. While we try to make sure that OnlyFans is secure and free from bugs and viruses, we cannot promise that it will be and have no control over the Content that is supplied by Creators.<br><br>b. to address an unforeseen and imminent danger related to defending OnlyFans, Fans or Creators from fraud, malware, spam, data breaches or other cybersecurity risks.<br><br>Source: https://onlyfans.com/terms |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>



Source: Screenshot from https://onlyfans.com/
</td></tr>
</table>

| Claim | Identification |
|---|---|
| 14. The multifaceted scanning engine of claim 13, wherein the input module is configured to receive rules and policies. | OnlyFans' product implements the multifaceted scanning engine of claim 13, wherein the input module is configured to receive rules and policies.<br><br>**OnlyFans Transparency Report**<br><br>We continuously scan our platform to prevent the posting of material that breaches our Terms of Service which includes our Acceptable Use Policy. OnlyFans does not use end-to-end encryption which means that everything on the site is visible to OnlyFans moderation team. We can review and remove any content shared on OnlyFans at any time, including in all direct messages.<br><br>Our proactive prevention and detection efforts include both automated and human review.<br><br>Before content can appear on a newsfeed, we inspect it with state-of-the-art digital technologies (including hashed images databases) to check whether the content is allowed on the platform. All content that passes this initial review is then manually reviewed by our trained human moderators.<br><br>• **enforcing** a zero-tolerance policy against any content related to violence, trafficking, solicitation, child sexual exploitation, or child sexual abuse material (CSAM).<br>• **preventing** individuals from abusing our platform, and keeping off our platform, any individuals who would use OnlyFans in a way which negatively impacts creator and fan safety.<br>• **detecting and blocking or taking-down** any material which violates our Terms of Service.<br>• **identifying and reporting** illegal content to law enforcement agencies, NGOs such as the National Center for Missing and Exploited Children (NCMEC), industry groups, and charities globally.<br>• **protecting** our creators and fans from infringements of their intellectual property rights, personality rights, privacy, and data protection rights including under the Digital Millennium Copyright Act (DMCA).<br><br>Source: https://onlyfans.com/transparency/2023/3 |

| Claim | Identification |
|---|---|
| | 5. **What content we moderate:** At any time we can choose to review and remove Content that is shared on OnlyFans, including text, audio, images, direct messages and videos.<br><br>7. **What technology OnlyFans uses to moderate content:** We use a variety of technology tools to identify content which may violate our Terms of Service. These include:<br>i. "hashlists" and "stop words" (words banned on OnlyFans) to scan media, audio, and text to block terms and images which are not permitted. "Hashlists" are collections of unique identifiers assigned to existing harmful online media, including non-consensual intimate images (NCII) and child sexual abuse material (CSAM). Text or media content that matches a bad "hashlist" and "stop word" will automatically be blocked from appearing on OnlyFans.<br>ii. image and text scanning technology tools help our human moderators prioritize the Content they review. These tools automatically scan media and text for potential violations of our Terms of Service. These potential violations can then be reviewed by human moderators prior to any decision to deactivate content.<br>Source: https://onlyfans.com/transparency-center/policy<br><br>j. While we try to make sure that OnlyFans is secure and free from bugs and viruses, we cannot promise that it will be and have no control over the Content that is supplied by Creators.<br><br>b. to address an unforeseen and imminent danger related to defending OnlyFans, Fans or Creators from fraud, malware, spam, data breaches or other cybersecurity risks.<br><br>Source: https://onlyfans.com/terms |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>

Source: Screenshot from https://onlyfans.com/</td></tr>
</table>