# EXHIBIT 7

**Exhibit 7: U.S. Patent No. 8,392,598 – OnlyFans**

| Claim | Identification |
|---|---|
| 1[pre]: A method to stream media content via hypertext transfer protocol, the method comprising: | To the extent the preamble is limiting, OnlyFans' product provides a method to stream media content via hypertext transfer protocol.<br><br>WHO WE ARE<br>**OnlyFans is the 18 + subscription platform empowering creators to own their full potential, monetize their content, and develop authentic connections with their fans.**<br><br>Source: https://onlyfans.com/about<br><br>**How does OnlyFans work?**<br><br>With an OnlyFans account, users can subscribe to content creators to view videos and photos and have one-on-one chats.<br><br>OnlyFans uses a subscription-based model, meaning you have to subscribe to a content creator to view exclusive content. When you follow a creator, you may be able to view some content for free. |

| Claim | Identification |
|---|---|
| | Source: https://getsby.com/en/creator-platform/how-does-onlyfans-work-for-subscribers/<br><br>As an example, the OnlyFans platform uses MPEG DASH and streams media content via HTTP protocol.<br><br>**Introduction**<br><br>Dynamic Adaptive Streaming over HTTP (DASH) is intended to support a media-streaming model for delivery of media content in which control lies exclusively with the client. Clients may request data using the HTTP protocol from standard web servers that have no DASH-specific capabilities. Consequently, this part of ISO/IEC 23009 focuses not on client or server procedures but on the data formats used to provide a DASH Media Presentation.<br>Source: ISO/IEC 23009-1:2014 |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>
</td></tr>
</table>

| Claim | Identification |
|---|---|
| | Source: Logs Capture of OnlyFans App running on an Android Device[1] |
| 1[a]: retrieving metadata for a plurality of encodings of the media content, wherein the metadata includes a first uniform resource locator (URL) and a first set of byte offsets for a first portion of the media content having a first encoding and a second URL and a second set of byte offsets for a second portion of the media content having a second encoding; and | OnlyFans' product retrieves metadata for a plurality of encodings of the media content, wherein the metadata includes a first uniform resource locator (URL) and a first set of byte offsets for a first portion of the media content having a first encoding and a second URL and a second set of byte offsets for a second portion of the media content having a second encoding.<br><br>**5.2.1 General**<br><br>The Media Presentation Description (MPD) is a document that contains metadata required by a DASH Client to construct appropriate HTTP-URLs to access Segments and to provide the streaming service to the user. |

[1] Similar test results were obtained when using the OnlyFans platform on an Internet Browser on a Windows Laptop.

| Claim | Identification |
| --- | --- |
| |  <br>**Figure 3 — DASH High-Level Data Model**<br><br>An Adaptation Set contains a set of **Representations** (see 5.3.5). A Representation describes a *deliverable encoded version* of one or several media content components. A Representation includes one or more media streams (one for each media content component in the multiplex). Any single Representation within an<br><br>ISO/IEC 23009-1:2014 |

| Claim | Identification |
|---|---|
| | **14.35.1 Byte Ranges**<br><br>Since all HTTP entities are represented in HTTP messages as sequences of bytes, the concept of a byte range is meaningful for any HTTP entity. (However, not all clients and servers need to support byte-range operations.)<br><br>Byte range specifications in HTTP apply to the sequence of bytes in the entity-body (not necessarily the same as the message-body).<br><br>A byte range operation MAY specify a single range of bytes, or a set of ranges within a single entity.<br><br>ranges-specifier = byte-ranges-specifier<br>byte-ranges-specifier = bytes-unit "=" byte-range-set<br>byte-range-set = 1#( byte-range-spec \| suffix-byte-range-spec )<br>byte-range-spec = first-byte-pos "-" [last-byte-pos]<br>first-byte-pos = 1*DIGIT<br>last-byte-pos = 1*DIGIT<br><br>The first-byte-pos value in a byte-range-spec gives the byte-offset of the first byte in a range. The last-byte-pos value gives the byte-offset of the last byte in the range; that is, the byte positions specified are inclusive. Byte offsets start at zero. |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>
Representations are assigned Segment Information through the presence of the elements BaseURL, SegmentBase, SegmentTemplate and/or SegmentList. The Segment Information provides information on the location, availability and properties of all Segments contained in one Representation. Specifically, information on the presence and location of Initialization, Media, Index and Bitstream Switching Segments is provided.
The SegmentBase element is sufficient to describe the Segment Information if and only if a single Media Segment is provided per Representation and the Media Segment URL is included in the BaseURL element.
5.3.9.2.2 Semantics
Table 11 — Semantics of SegmentBase element and Segment Base Information type
<table>
<tr><th>Element or Attribute Name</th><th>Use</th><th>Description</th></tr>
<tr><td>@indexRange</td><td>O</td><td>specifies the byte range that contains the Segment Index in all Media Segments of the Representation.<br><br>The byte range shall be expressed and formatted as a byte-range-spec as defined in RFC 2616, Clause 14.35.1. It is restricted to a single expression identifying a contiguous range of bytes.<br><br>If not present the value is unknown.</td></tr>
</table>
</td></tr>
</table>

| Claim | Identification |
|---|---|
| | **3.1.39**<br>**Segment Index**<br>compact index of the time range to byte range mapping within a Media Segment separately from the MPD<br><br>A generic mechanism for indexing of Media Segments is provided by the Segment Index ('sidx') box in ISO/IEC 14496-12. This indexing applies to all media formats defined in this part of ISO/IEC 23009. In this case,<br><br>— the earliest presentation time of a Subsegment is documented in the earliest_presentation_time field.<br><br>— the byte range is document by the first offset field and the reference size field. If two Segment Index boxes document the same byte range, then the value of their first_offset field and their reference size field shall be identical.<br><br>Source: ISO/IEC 23009-1:2014<br><br>In the below example, when using the OnlyFans platform on an Android Device or OnlyFans Website running on an Internet Browser on a Windows Laptop, the metadata indicates that the first portion of the media content may start at byte 16721 and may be 2145464 bytes long. As such, the byte range for the first portion of the media content may be 16721-2162185. The encoding may be 720p. The metadata indicates that the second portion of the media content may start at byte 180224 and may be 144580 bytes long. As such, the byte range for the second portion of media content may be 180224-324803. The encoding may be 240p. |

| Claim | Identification |
| --- | --- |
| |  |

| Claim | Identification |
| --- | --- |
| | 7.1 kB Xml RESPONSE BODY<br><Initialization range="0-1585"/><br></SegmentBase><br></Representation><br><Representation id="2" width="1280" height="720" bandwidth="5000000" codecs="avc1.64001f" frameRate="30000/1001"><br><BaseURL><br>0hku1ejyp8xrzwxx2b9gq_720p.mp4<br></BaseURL><br><SegmentBase indexRange="1585-16720"><br><Initialization range="0-1584"/><br></SegmentBase><br></Representation><br><Representation id="3" width="426" height="240" bandwidth="400000" codecs="avc1.4d4015" frameRate="15000/1001"><br><BaseURL><br>0hku1ejyp8xrzwxx2b9gq_240p.mp4<br></BaseURL><br><SegmentBase indexRange="1577-16712"><br><Initialization range="0-1576"/><br></SegmentBase><br></Representation><br></AdaptationSet><br><AdaptationSet mimeType="audio/mp4" lang="eng" segmentAlignment="0"><br><ContentProtection<br><br>As an example, the first portion of the media content may be encoded in 720p (i.e., a first encoding). The first portion of the media content may have a first URL. The OnlyFans platform requests the corresponding index range for 720p video. The index range indicates that the first portion of media content may start at 16721. In response to the request for index byte range, the OnlyFans platform retrieves an encoded form of Segment index (sidx box).The sidx box indicates the size of the portions |

| Claim | Identification |
| --- | --- |
| | of media content of the 720p video. As an example, the metadata indicates the byte offset (e.g., 16721 -2162184) for the first portion of the media content. |


```
7.1 kB  Xml  RESPONSE BODY
            <Initialization range="0-1585"/>
          </SegmentBase>
        </Representation>
        <Representation id="2" width="1280" height="720"
bandwidth="5000000" codecs="avc1.64001f" frameRate="30000/1001">
          <BaseURL>
            0hku1ejyp8xrzwxx2b9gq_720p.mp4
          </BaseURL>
          <SegmentBase indexRange="1585-16720">
            <Initialization range="0-1584"/>
          </SegmentBase>
        </Representation>
        <Representation id="3" width="426" height="240"
bandwidth="400000" codecs="avc1.4d4015" frameRate="15000/1001">
          <BaseURL>
            0hku1ejyp8xrzwxx2b9gq_240p.mp4
          </BaseURL>
          <SegmentBase indexRange="1577-16712">
            <Initialization range="0-1576"/>
          </SegmentBase>
        </Representation>
      </AdaptationSet>
      <AdaptationSet mimeType="audio/mp4" lang="eng"
segmentAlignment="0">
        <ContentProtection
```

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>HTTP/1.1 GET cdn3.onlyfans.com REQUEST<br><br>METHOD: GET +<br><br>URL<br><br>+ https://cdn3.onlyfans.com/dash/files/f/fa/fa1450124cf1979fc8cc65baf23bffea/0hku1ejyp8xrzwxx2b9gq_720p.mp4<br><br>HEADERS<br><br>+ accept: */*<br>+ accept-encoding: identity<br>+ accept-language: en-US,en;q=0.9<br>+ connection: keep-alive<br>+ cookie: CloudFront-Policy=eyJTdGF0ZW1lbnQiOlt7IlJlc291cmNlIjoiaHR0cHM6XC9cL2NkbjMub25seWZhbnMuY29tXC9kYXNoXC9maWxlc1wvZlwvZmFcL2ZhMTQ1MDEyNGNmMTk3OWZjOGNjNjViYWYyM2JmZmVhXC8qIiwiQ29uZGl0aW9uIjp7IkRhdGVMZXNzVGhhbiI6eyJBV1M6RXBvY2hUaW1lIjoxNzQxMTYzOTE1fSwiSXBBZGRyZXNzIjp7IkFXUzpTb3VyY2VJcCI6IjIyMy4xNzkuMTQ3LjIwM1wvMzIifX19XX0_; CloudFront-Signature=shNrer3C-HnUXomIFyKcxx9zbpgLv2o7vHw1d7ANiS603RhGu138qXSwZy4LdrRC6iGkdVSF1nCywOtw5BzyvTb0cbNtnD8TM~9-pQBKL-3byrySSBkOkJja3x7YXld0UOT~Ot9J7bSmMwGRSRGpv ...<br>+ host: cdn3.onlyfans.com<br>+ origin: https://onlyfans.com<br>+ range: bytes=1585-16720<br>+ referer: https://onlyfans.com/<br>sec-ch-ua: "Not(A:Brand";v="99", "Google Chrome";v="133", "Chromium";v="133"<br>sec-ch-ua-mobile: ?1<br>sec-ch-ua-platform: "Android"<br>+ sec-fetch-dest: empty</td></tr>
</table>

| Claim | Identification |
|---|---|
| |  |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>
<table>
<tr><th>FIELDS</th><th>VALUES</th></tr>
<tr><td>Box Type</td><td>sidx</td></tr>
<tr><td>Box Size</td><td>15136</td></tr>
<tr><td>Start position</td><td>0</td></tr>
<tr><td>End position</td><td>15136</td></tr>
<tr><td>version</td><td>1</td></tr>
<tr><td>flags</td><td>0</td></tr>
<tr><td>reference_ID</td><td>1</td></tr>
<tr><td>timescale</td><td>90000</td></tr>
<tr><td>earliest_presentation_time</td><td>6006</td></tr>
<tr><td>first_offset</td><td>0</td></tr>
<tr><td>reserved</td><td>0</td></tr>
<tr><td>reference_count</td><td>1258</td></tr>
<tr><td>entries.0</td><td>{"type":0,"size":2145464,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.1</td><td>{"type":0,"size":1881107,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.2</td><td>{"type":0,"size":1844623,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.3</td><td>{"type":0,"size":2096960,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.4</td><td>{"type":0,"size":1835050,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.5</td><td>{"type":0,"size":1876337,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
</table>
<br>
Continuing with the earlier example, the second portion of the media content may be encoded in 240p (i.e., a second encoding). The second portion of the media content may have a second URL. The OnlyFans platform requests the corresponding index range for 240p video. In response to the request for index byte range, the OnlyFans platform retrieves an encoded form of Segment index (sidx box).The sidx box indicates the sizes of the portions of media content of the 240p video. As an example, the metadata indicates the byte offset (e.g., 180224-324803) for the second portion of the media content.
</td></tr>
</table>

| Claim | Identification |
|---|---|
| | 7.1 kB Xml RESPONSE BODY |


```xml
          <Initialization range="0-1585"/>
        </SegmentBase>
      </Representation>
      <Representation id="2" width="1280" height="720" bandwidth="5000000" codecs="avc1.64001f" frameRate="30000/1001">
        <BaseURL>
          0hku1ejyp8xrzwxx2b9gq_720p.mp4
        </BaseURL>
        <SegmentBase indexRange="1585-16720">
          <Initialization range="0-1584"/>
        </SegmentBase>
      </Representation>
      <Representation id="3" width="426" height="240" bandwidth="400000" codecs="avc1.4d4015" frameRate="15000/1001">
        <BaseURL>
          0hku1ejyp8xrzwxx2b9gq_240p.mp4
        </BaseURL>
        <SegmentBase indexRange="1577-16712">
          <Initialization range="0-1576"/>
        </SegmentBase>
      </Representation>
    </AdaptationSet>
    <AdaptationSet mimeType="audio/mp4" lang="eng" segmentAlignment="0">
      <ContentProtection
```

| Claim | Identification |
|---|---|
| | HTTP/1.1 GET cdn3.onlyfans.com REQUEST<br>METHOD: GET +<br>URL<br>+ https://cdn3.onlyfans.com/dash/files/f/fa/fa1450124cf1979fc8cc65baf23bffea/0hku1ejyp8xrzwxx2b9gq_240p.mp4<br>HEADERS<br>+ accept: */*<br>+ accept-encoding: identity<br>+ accept-language: en-US,en;q=0.9<br>+ connection: keep-alive<br>+ cookie: CloudFront-Policy=eyJTdGF0ZW1lbnQiOlt7IlJlc291cmNlIjoiaHR0cHM6XC9cL2NkbjMub25seWZhbnMuY29tXC9kYXNoXC9maWxlc1wvZlwvZmFcL2ZhMTQ1MDEyNGNmMTk3OWZjOGNjNjViYWYyM2JmZmVhXC8qIiwiQ29uZGl0aW9uIjp7IkRhdGVMZXNzVGhhbiI6eyJBV1M6RXBvY2hUaW1lIjoxNzQxMTYzOTE1fSwiSXBBZGRyZXNzIjp7IkFXUzpTb3VyY2VJcCI6IjIyMy4xNzkuMTQ3LjIwM1wvMzIifX19XX0_; CloudFront-Signature=shNrer3C-HnUXomIFyKcxx9zbpgLv2o7vHw1d7ANiS603RhGu138qXSwZy4LdrRC6iGkdVSF1nCywOtw5BzyvTb0cbNtnD8TM~9-pQBKL-3byrySSBkOkJja3x7YXld0UOT~Ot9J7bSmMwGRSRGpv ...<br>+ host: cdn3.onlyfans.com<br>+ origin: https://onlyfans.com<br>+ range: bytes=1577-16712<br>+ referer: https://onlyfans.com/<br>sec-ch-ua: "Not(A:Brand";v="99", "Google Chrome";v="133", "Chromium";v="133"<br>sec-ch-ua-mobile: ?1<br>sec-ch-ua-platform: "Android"<br>+ sec-fetch-dest: empty |

| Claim | Identification |
|---|---|
| |  |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>
<table>
<tr><th>FIELDS</th><th>VALUES</th></tr>
<tr><td>Box Type</td><td>sidx</td></tr>
<tr><td>Box Size</td><td>15136</td></tr>
<tr><td>Start position</td><td>0</td></tr>
<tr><td>End position</td><td>15136</td></tr>
<tr><td>version</td><td>1</td></tr>
<tr><td>flags</td><td>0</td></tr>
<tr><td>reference_ID</td><td>1</td></tr>
<tr><td>timescale</td><td>90000</td></tr>
<tr><td>earliest_presentation_time</td><td>12012</td></tr>
<tr><td>first_offset</td><td>0</td></tr>
<tr><td>reserved</td><td>0</td></tr>
<tr><td>reference_count</td><td>1258</td></tr>
<tr><td>entries.0</td><td>{"type":0,"size":163511,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.1</td><td>{"type":0,"size":144580,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.2</td><td>{"type":0,"size":158916,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.3</td><td>{"type":0,"size":192576,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.4</td><td>{"type":0,"size":140535,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
<tr><td>entries.5</td><td>{"type":0,"size":131140,"subsegment_duration":270270,"starts_with_SAP":1,"SAP_type":1,"SAP_delta_time":0}</td></tr>
</table>
Source: Logs Capture of OnlyFans Platform running on an Android Device.</td></tr>
<tr><td>1[b]: requesting the first portion of the media content utilizing the first URL and the first set of byte offsets, wherein the hypertext transfer protocol includes hypertext transfer protocol secure.</td><td>OnlyFans' product requests the first portion of the media content utilizing the first URL and the first set of byte offsets, wherein the hypertext transfer protocol includes hypertext transfer protocol secure.</td></tr>
</table>

| Claim | Identification |
|---|---|
| | **3.1.5**<br>**available Segment**<br>Segment that is accessible at its assigned HTTP-URL and a possibly assigned byte range that is the request with an HTTP GET results in a reply of the Segment and 2xx status code<br><br>**5.3.9 Segments and Segment information**<br><br>**5.3.9.1 General**<br><br>This clause defines the MPD information for Segments. Segment formats are defined in 6.<br><br>Specifically, a Segment shall be referenced by an HTTP-URL included in the MPD, where an HTTP-URL is defined as an `<absolute-URI>` according to RFC 3986, Clause 4.3, with a fixed scheme of "http" or "https", possibly restricted by a byte range if a range attribute is provided together with the URL. The byte range shall be expressed as a `byte-range-spec` as defined in RFC 2616, Clause 14.35.1. It is restricted to a single expression identifying a contiguous range of bytes.<br><br>Source: ISO/IEC 23009-1:2014<br><br>As an example, the OnlyFans platform requests the first portion of the media content by utilizing the first URL for the first portion of the media content and the byte range – 16721-2162184. The requested content is served based on HTTPS (Secure HTTP). |


HTTP/1.1
GET cdn3.onlyfans.com
REQUEST
METHOD: GET +
URL
+ https://cdn3.onlyfans.com/dash/files/f/fa/fa1450124cf1979fc8c c65baf23bffea/0hku1ejyp8xrzwxx2b9gq_720p.mp4
HEADERS
+ accept: */*
+ accept-encoding: identity
+ accept-language: en-US,en;q=0.9
+ connection: keep-alive
+ cookie: CloudFront-Policy=eyJTdGF0ZW1lbnQiOlt7IlJlc291cmNlIjoiaHR0cHM6XC9cL2NkbjMub25seWZhbnMuY29tXC9kYXNoXC9maWxlc1wvZlwvZmFcL2ZhMTQ1MDEyNGNmMTk3OWZjOGNjNjViYWYyM2JmZmVhXC8qIiwiQ29uZGl0aW9uIjp7IkRhdGVMZXNzVGhhbiI6eyJBV1M6RXBvY2hUaW1lIjoxNzQxMTYzOTE1fSwiSXBBZGRyZXNzIjp7ImFXUzpTb3VyY2VJcCI6IjIyMy4xNzkuMTQ3LjIwM1wvMzIifX19XX0_; CloudFront-Signature=shNrer3C-HnUXomIFyKcxx9zbpgLv2o7vHw1d7ANiS603RhGu138qXSwZy4LdrRC6iGkdVSF1nCywOtw5BzyvTb0cbNtnD8TM~9-pQBKL-3byrySSBkQkJja3x7YXld0UQT~Qt9J7bSmMwGRSRGp
+ host: cdn3.onlyfans.com
+ if-range: "1fbaa0693c15a886a70bf1bb656dfd34-452"
+ origin: https://onlyfans.com
+ range: bytes=16721-2162184
+ referer: https://onlyfans.com/
sec-ch-ua: "Not(A:Brand";v="99", "Google Chrome";v="133", "Chromium";v="133"
sec-ch-ua-mobile: ?1
sec-ch-ua-platform: "Android"

| Claim | Identification |
|---|---|
| | Source: Logs Capture of OnlyFans App running on an Android Device |